IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

───────────────────────────────────────────────────────────────

| | |
|---|---|
| Courtroom Deputy: Kathleen Finney | Date: August 26, 2014 |
| Court Reporter: Gwen Daniel | Probation: Nicole Peterson |

───────────────────────────────────────────────────────────────

| | |
|---|---|
| Criminal Action No. 13-cr-00488-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Robert Brown |
|     Plaintiff, | |
| v. | |
| MICHAEL IVORY COLLINS, | Matthew Golla |
|     Defendant. | |

───────────────────────────────────────────────────────────────

### COURTROOM MINUTES
───────────────────────────────────────────────────────────────

HEARING - SENTENCING

2:06 p.m.      Court in Session

Appearances of Mr. Brown and Mr. Golla.

Defendant is present and in custody.

Oath administered to the defendant.

Mr. Brown orally moves for an additional one-level reduction for acceptance of responsibility.

Defendant's Allocution.

Argument by Mr. Golla regarding the Defendant's Motion for Downward Variance [#29].

Argument by Mr. Brown regarding the Defendant's Motion for Downward Variance [#29].

Defendant plead guilty to Count One of the Indictment.

Court's findings and conclusions.

**ORDERED:** **The Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility is GRANTED.**

**The Defendant's Motion for Downward Variance [#29] is GRANTED.**

**Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Michael Ivory Collins, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty-nine (39) months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant with the Colorado Department of Corrections to serve his custodial sentence in this case.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three (3) years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

3. **The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating healthcare provider.  The defendant shall cooperate with random blood tests as requested by his treating healthcare provider and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

4. **The defendant shall not associate with nor shall he have any contact with gang members and shall not participate in any gang activity to include displaying gang paraphernalia.**

**ORDERED:  The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed pursuant to his conditional plea of guilty.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

2:44 p.m.      Court in Recess
               Hearing concluded
               Time: 00:38