IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:13CR00488-1

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL IVORY COLLINS,

      Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISED RELEASE**

---

      THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

      HAVING considered the probation officer's petition, the Court:

      ORDERS the defendant's terms of supervision be modified to include the following special condition: You must reside in a Residential Reentry Center (RRC) for a period of up to 6 months, to commence as directed by the probation officer, and must observe the rules of that facility. You may be discharged earlier than 6 months by the Probation Office when a suitable release plan has been approved by the probation officer.

      FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

      DATED at Denver, Colorado, this 6 day of April 2017.

BY THE COURT:

William J. Martinez
United States District Judge