AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Colorado

United States of America
v.

MICHAEL IVORY COLLINS

*Defendant*

Case No. 13-cr-00488-WJM

17CR 792
MAGISTRATE JUDGE KIM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL IVORY COLLINS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: FAILURE TO REPORT ARREST/QUESTIONING BY LAW ENFORCEMENT OFFICER
Ct. 2. FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN RESIDENCE
Ct. 3. FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER
Ct. 4. FAILURE TO PARTICIPATE IN (SUBSTANCE ABUSE OR MENTAL HEALTH) TREATMENT AS DIRECTED BY THE PROBATION OFFICER
Ct. 5. FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AS DIRECTED BY THE PROBATION OFFICER

Date: 7/7/2017

s/C. Pearson, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, CO

Jeffrey P. Colwell, Clerk of the Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*