IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00488-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL COLLINS,

    Defendant.

## JOINT STATUS REPORT

The United States of America, by and through Robert Troyer, United States Attorney for the District of Colorado, and Jeremy Sibert, Assistant United States Attorney, and David Koppa, defense attorney, files this Joint Status Report:

1. Defendant Collins is facing a capital murder case in Arkansas. Defendant Collins is charged with committing three murders, one murder charge for killing an adult and two murder charges for killing two minors. Currently, defendant Collins is in state custody in Arkansas pending the resolution of his state charges.

2. The government has conferred with defense counsel who agreed to a continuance of this hearing until after the state charges are resolved.

3. The parties requests that this Court order the parties to contact chambers to schedule defendant Collins' revocation hearing once his state case is resolved.

Dated this 12th day of Oct 2018.

                                                Respectfully submitted,

                                                ROBERT TROYER

United States Attorney

BY: s/ Jeremy Sibert
JEREMY SIBERT
Assistant U.S. Attorney
U.S. Attorney's Office
1801 18th St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0403
E-mail jeremy.sibert@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2018, I electronically filed the foregoing **Joint Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Koppa
Lawyer for Mr. Collins

                                            *s/Jeremy Sibert*
                                            Jeremy Sibert
                                            U.S. Attorney's Office
                                            1801 18th Street, Suite 1600
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            Fax:     (303) 454-0403
                                            E-mail: Jeremy.sibert@usdoj.gov